# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America <br> v. <br> Stacy B. Harris | ) <br> ) <br> ) Case No: 1:10CR10004-001 <br> ) <br> ) USM No: 05421-010 |
| Date of Original Judgment: July 07, 2011 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) Matthew F. Golden <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

   X  DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**NOV 28 2012**

CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated   July 07, 2011   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 11/28/12

Effective Date: _____
*(if different from order date)*

Judge's signature

Harry F. Barnes
*Printed name and title*

District Judge (Senior)