IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                          CASE NO. 10-cr-10004
                             CASE NO. 12-cv-1059

WILLIAM C. MITCHELL                                                         DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed November 15, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 118). Judge Bryant recommends that William Mitchell's Motion to Vacate, Set Aside, or Reduce Sentence (ECF No. 100), made pursuant to 28 U.S.C. § 2255, be granted in part and denied in part. Specifically, Judge Bryant recommends that Mitchell be re-sentenced in accordance with the mandatory minimums adopted by Congress in the Fair Sentencing Act of 2010. Judge Bryant further recommends that the motion be denied as to Mitchell's ineffective assistance of counsel claim and request for a new trial.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Mitchell's Motion (ECF No. 100) is hereby **GRANTED in part**. Mitchell should be re-sentenced in accordance with the Fair Sentencing Act of 2010.

**IT IS SO ORDERED**, this 5th day of December, 2012.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge