IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                    CASE NO. 1:10-cr-10004-002
                       CASE NO. 1:12-cv-1086

ROBERT E. KING                                                       DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed January 15, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 129). Judge Bryant recommends that Robert King's Motion to Vacate, Set Aside, or Reduce Sentence (ECF No. 102), made pursuant to 28 U.S.C. § 2255, be denied and dismissed. Judge Bryant further recommends finding that, pursuant to 28 U.S.C. § 1915(a), an appeal from dismissal would not be taken in good faith.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Robert King's Motion (ECF No. 102) is hereby **DENIED** and his companion civil case is **DISMISSED**. Pursuant to 28 U.S.C. § 1915(a), an appeal from dismissal would not be taken in good faith.

IT IS SO ORDERED, this 5th day of February, 2013.

                                          /s/ Harry F. Barnes
                                          Hon. Harry F. Barnes
                                          United States District Judge