# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br><br>Stacy B. Harris<br><br>Date of Original Judgment:    July 07, 2011<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | ) <br> ) <br> ) Case No:   1:10CR10004-001 <br> ) USM No:   05421-010 <br> ) <br> ) Matthew F. Golden <br>    *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   X   the defendant   ☐   the Director of the Bureau of Prisons   ☐   the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

     X   **DENIED.**    ☐   **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**MAR 29 2013**

CHRIS R. JOHNSON, Clerk
By _____
     Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated   July 07, 2011   shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   3/29/13

                           *Judge's signature*

Effective Date: _____      Harry F. Barnes, Senior Judge
     *(if different from order date)*         *Printed name and title*