IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA RESPONDENT

v. No. 1:10-CR-10004
No. 1:12-CV-1086

ROBERT E. KING MOVANT

**ORDER**

Before the Court is a Motion for Reconsideration filed by Robert King. (ECF No. 137). On February 5, 2013, this Court adopted the Report and Recommendation of the magistrate and denied King's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 102). The Court also dismissed King's companion civil case, Case No. 1:12-CV-1086. When the Court adopted the Report and Recommendation, we recognized that King had not filed objections to Report and Recommendation and that the time do so had passed. Twenty-two days after the Court's Order was issued, King filed the present Motion for Reconsideration. He claims that he never received the Report and Recommendation and therefore was unable to file timely objections. He requests that the Court's previous Order be vacated; that he be sent another copy of the Report and Recommendation; and that his time to file objections be extended.

Upon consideration, the Court finds that King's motion should be **GRANTED in part** and **DENIED in part**. The Court will not vacate its Order adopting the Report and Recommendation at this time. However, the Court will extend King's time to file objections. The Clerk is directed to mail King a copy of the Report and Recommendation along with this Order. King must file his written objections to the Report and Recommendation by February 18, 2014. If timely objections

are filed, the Court will vacate its prior order and conduct a de novo review of Judge Bryant's Report and Recommendation. If King's objections are not timely, the Court's previous Order will remain in effect.

IT IS SO ORDERED, this day 28th day of January, 2014.

/s/ Harry F. Barnes
Harry F. Barnes
Senior United States District Judge